**United States Court of Appeals**

**FOR THE EIGHTH CIRCUIT**

_____

No. 97-2653

_____

|  |  |  |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Eastern District of Missouri. |
| Joseph O. Ramsey, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

_____

Submitted:  November 17, 1997

Filed:  December 4, 1997

_____

Before WOLLMAN, MORRIS SHEPPARD ARNOLD, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Pursuant to a written plea agreement, Joseph Otis Ramsey pleaded guilty to bank robbery, in violation of 18 U.S.C. § 2113(a).  The district court[1] imposed a sentence of 30 months' imprisonment, three years' supervised release, and restitution.  This

_____

[1]The Honorable Jean C. Hamilton, Chief Judge, United States District Court for the Eastern District of Missouri.

appeal followed.  Counsel has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), and Ramsey has not filed a supplemental brief.

In his <u>Anders</u> brief, counsel argues that the district court erred in imposing restitution.  We conclude that Ramsey failed to preserve his right to challenge the imposition of restitution on appeal because he failed to object at sentencing.  In any event, we find no clear error. <u>See</u> <u>United States v. Kessler</u>, 48 F.3d 1064, 1066 (8th Cir. 1995) (reviewing for plain error where defendant failed to preserve challenge to imposition of restitution by not objecting at sentencing).

After conducting the record review required by <u>Penson v. Ohio</u>, 488 U.S. 75, 80 (1988), we find no non-frivolous issues.

The judgment is affirmed.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

-2-